UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

FRANK NOVAK, individually, and
on behalf of all others similarly situated,

        Plaintiff (s),

v.

NORTHVILLE MARKET CENTER,
INC., d/b/a KW ADVANTAGE,

        Defendant(s).

Case No: 2:22-cv-12643
Hon. Laurie J. Michelson

---

## STIPULATED ORDER LIFTING STAY AND FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Plaintiff, Frank Novak, and Defendant, Northville Market Center, Inc. d/b/a KW Advantage, by their respective counsel, hereby stipulate and agree as outlined below:

Upon the stipulation of the parties, and with approval of the Court,

**IT IS ORDERED** that the administrative stay entered in this matter by Order of this Court dated February 2, 2023 [ECF No. 13] is lifted, returning this matter to active status.

IT IS FURTHER ORDERED that plaintiff Frank Novak's claims against defendant Northville Market Center, Inc. d/b/a KW Advantage are dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the requirement to file a joint status report by April 14, 2023, as delineated by Order of this Court dated February 2, 2023 [ECF No. 13], is rendered moot.

**IT IS SO ORDERED**.

Dated: April 5, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED
TO BY:

| | |
|---|---|
| */s/ Jacob U. Ginsburg (with consent)* | /s/ Jeffrey R. Hicks |
| KIMMEL & SILVERMAN, PC | COLLINS EINHORN FARRELL PC |
| Jacob U. Ginsburg (P84351) | Jeffrey R. Hicks (P74279) |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: April 5, 2023